**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RICHARD F. JACKSON**
**by and through his attorney in fact,**                                    **PLAINTIFF**
**ALVA J. JACKSON**

**v.**                                    **3:10CV00276-BRW**

**JOHN M. SELIG**
**in his official capacity as Director of Arkansas**                   **DEFENDANT**
**Department of Human Services**

**ORDER**

Pending are Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 9), and Defendant's Motion to Dismiss Motion for Preliminary Injunction (Doc. No. 12). Defendant has responded to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction,[1] and Plaintiff has responded to Defendant's Motion to Dismiss.[2] A teleconference on the motions was held at 10:30 a.m. on Thursday, February 17, 2011. I find that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction should be, and hereby is GRANTED. Defendant's Motion to Dismiss is DENIED.

Plaintiff is directed to submit a precedent for Preliminary Injunction by 5 p.m. on Tuesday, February 22, 2011. Defendant may offer objections to the precedent by 5 p.m. on Thursday, February 24, 2011.

IT IS SO ORDERED this 18th day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 14.

[2]Doc. No. 15.