UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 18, 2013**

Mr. Richard Neil Rosen
Arkansas Department of Human Services
Office of Chief Counsel
Post Office Box 1437
Slot S-260
Little Rock, Arkansas 72203-1437

    Re:   *Jackson v. Selig,* No. 3:10-CV-00276-BRW

Dear Counsel:

I have received Plaintiff's Motion for Attorney Fees and Costs[1] that were filed on March 27, 2013.

I assume that since you have not filed a response,[2] you agree with Plaintiff's position. Unless you respond by 5:00 p.m. Thursday, April 25, 2013, I will grant the motion.

                                                Cordially,

                                                /s/ Billy R. Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 50.

[2] The response was due on Monday, April 15, 2013.