IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD F. JACKSON                                                                                            PLAINTIFF

Vs.                                          3:10-CV-00276-BRW

JOHN M. SELIG

## JUDGMENT

In accordance with the Court's Order entered March 13, 2013, judgment is hereby entered granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment claims with prejudice. Accordingly, ADHS is permanently enjoined from assessing a penalty against Mr. Jackson for the purchase of the annuities, and from considering the annuities or their payments as income or resources available to Mr. Jackson in determining his eligibility for Medicaid Benefits. In accordance with the Court's Order entered May 9, 2013, attorney's fees and costs are awarded in the sum of $29.968.75 to Plaintiff.

IT IS SO ORDERED this 9th day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE